# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LARRY DEAN ROBERTSON

NO. 2026 KW 0395

**JUNE 15, 2026**

---

In Re:    Larry Dean Robertson, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2004-164532.

---

**BEFORE:    WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT GRANTED WITH ORDER.** The district court is ordered to provide relator with a copy of the January 4, 2024, ruling on relator's application for postconviction relief, if it has not already done so. In the event relator elects to seek review of the ruling on his application for postconviction relief, he may do so without the necessity of obtaining a return date, and the writ shall be filed on or before November 16, 2026. Any future filing on the application for postconviction relief should include the entire contents of this application, documents from the district court record that might assist with addressing the issues presented for review, and a copy of this ruling.

EW
CHH
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT